# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD L. WARKEVICZ, | : | No. 4:15-cv-01922 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| BERWICK AREA SCHOOL DISTRICT, MARYANN KOVALEWSKI, DANIEL MCGANN, WILLIAM MCLAUGHLIN, RON ROBSOCK, and SUZY WIEGAND, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of July, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 7, is GRANTED WITH PREJUDICE.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge